### 1627.   Moss *v.* The State.

HILL, C. J.   A careful examination of each ground of the motion for a new trial fails to disclose any material error. The rulings on the admissibility of evidence were in substantial accord with the law, and the court's charge to the jury fairly, accurately, and fully submitted all the issues in the case. The verdict was the only reasonable conclusion from the evidence, and the able and experienced trial judge gave it his emphatic approval.                    *Judgment affirmed.*

Conviction of assault with intent to rape, from Milton superior court—Judge Gober.   December 21, 1908.

Argued February 9,—Decided February 20, 1909.

*H. L. Patterson,* for plaintiff in error.

*J. P. Brooke, solicitor-general, B. F. Simpson,* contra.